**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christopher Jon FULLER,
Defendant–Appellant.**

No. 02–11097.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 15, 2003.

Before JONES, BENAVIDES, and
CLEMENT, Circuit Judges.

PER CURIAM.*

Having entered a conditional guilty plea
to fraud in connection with a counterfeit
access device, Christofer Jon Fuller ap-
peals the district court's denial of his mo-
tion to suppress evidence seized during a
search of Fuller's apartment. Fuller does
not dispute that the search was based on
probable cause, but he argues that the
evidence should be suppressed because the
warrant authorizing the search was not
signed by a magistrate.

The evidence at the suppression hearing
shows that the magistrate judge found
probable cause to search Fuller's apart-
ment; that he did not sign the warrant
form due to an inadvertent error; and that
the officer who searched Fuller's apart-

ment believed that he had a valid warrant
authorizing the search. Consequently, we
AFFIRM the denial of Fuller's motion to
suppress. *See United States v. Kelley,* 140
F.3d 596, 601–04 (5th Cir.1998); *United
States v. Shugart,* 117 F.3d 838, 844 (5th
Cir.1997).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.